**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

PATRICK L. SHERMAN
ADC #96304                                                                                               PLAINTIFF

V.                                            4:08CV00229 SWW/JTR

UNITED STATES OF AMERICA                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff's Application to Proceed *In Forma Pauperis* (docket entry #1) is DENIED, pursuant to the three-strikes provision set forth in 28 U.S.C. § 1915(g).

2.   The Complaint (docket entry #2) is DISMISSED, WITH PREJUDICE, pursuant to 28 U.S.C. § 1915A, as being legally frivolous.

3.   The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 21st day of April, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE