**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**


PATRICK L. SHERMAN
ADC #96304                                                                    PLAINTIFF

V.                                          4:08CV00229 SWW/JTR

UNITED STATES OF AMERICA                                            DEFENDANTS

### JUDGMENT

        Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that the Complaint is DISMISSED, WITH PREJUDICE, pursuant to 28 U.S.C. §

1915A, as being legally frivolous.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),

that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be

taken in good faith.

        Dated this 21st day of April, 2008.


                                                        /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE